IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| VICKY SANDERS, as Guardian of Brian Lomanack, an Incapacitated Person, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:15cv122-MHT (WO) |
| GREGORY BOUTWELL, et al., | ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the **ORDER**, **JUDGMENT**, and **DECREE** of the court that:

(1) The parties' objections (doc. nos. 100, 101, 102, and 103) are sustained in part and overruled in part.

(2) The magistrate judge's recommendation (doc. no. 99) is rejected in part and adopted in part.

(3) Defendant City of Ozark, Alabama's, defendant Jessica Cauthen's, and defendant Ozark-Dale County E-911 Board's motions to dismiss (doc. nos. 67, 73, and 78) are granted and said defendants are dismissed and terminated.

(4) Defendant Gregory Boutwell's motion to dismiss (doc. no. 70) is granted as the federal claim against him; the federal claim against him is dismissed; and said motion is denied as to state claims against him. The case will proceed as the state claims against defendant Boutwell.

This case is not closed.

DONE, this the 25th day of November, 2019.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**